UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHEILLA PETIT JEAN,<br><br>    Petitioner,<br><br>    v.<br><br>PAM BONDI, et al.,<br><br>    Respondents. | Case No. 26–cv–01040–ESK<br><br><br>ORDER |

    **THIS MATTER** having come before the Court on petitioner Sheilla Petit Jean's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Petition) (ECF No. 1); and petitioner having asserted that she was expecting to be taken into custody by Immigration and Customs Enforcement at her February 4, 2026 check-in despite her temporary protected status (*id.* p. 2); and respondent having informed this Court that petitioner was not taken into custody on February 4, 2026 (ECF No. 4); and petitioner having not requested a change to the conditions of her supervised release from Immigration and Customs Enforcement (*Id.* pp. 2, 3); and for good cause appearing,

    **IT IS** on this   **23rd** day of **February 2026**   **ORDERED** that:

    1.    The Petition at ECF No. 1 is DISMISSED WITHOUT PREJUDICE as premature.

    2.    The Clerk shall mail petitioner a copy of this order by regular mail.

                                        */s/ Edward S. Kiel*
                                        **EDWARD S. KIEL**
                                        **UNITED STATES DISTRICT JUDGE**